IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREA ARRINGTON, ET AL.        :
                                :  CIVIL ACTION
        v.                      :
                                :  NO. 17-3950
OPTIMUM HEALTHCARE IT, LLC.     :

# O R D E R

**AND NOW**, this  31st  day of    October   , 2018, upon consideration of Plaintiffs' Unopposed Motion for Approval of Settlement of Class and Collective Action (ECF No 59), and Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs (ECF No. 57), and consistent with the Memorandum filed herewith, it is **ORDERED** that Plaintiffs' Motions are **GRANTED** as follows:

1. The following settlement class is certified pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3):

    All persons who while performing Go-Live consulting work for Optimum in the United States worked over 40 hours in any workweek between August 31, 2014 and December 1, 2017 (or between August 31, 2011 to December 1, 2017 if the work was performed in New York, or between August 31, 2013 to December 1, 2017 if the work was performed in California) (together these periods are referred to as the "Class Period.")

2. The Settlement Agreement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e). The Settlement Agreement is fair, reasonable, and adequate.

3. Attorneys' fees in the amount of 1,633,333.33 are awarded to Class Counsel.

4. Litigation expenses in the amount of $21,091.56, shall be paid to Class Counsel.

5. Service payments of $7,500 shall be paid to each of the named Plaintiffs: Andrea Arrington, Terry Scott, Lakina Taylor, and Jarmond Johnson.

**IT IS SO ORDERED.**

                                              **BY THE COURT:**

                                              _____
                                              **R. BARCLAY SURRICK, J.**